OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

Lockbox18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

TO:   Clerk of the Eastern District of Virginia
      U.S. Courthouse
      1000 E. Main Street
      Richmond, VA 23219

February 4th, 2008

RE:   USA v. Rasheen Robinson
      U.S.D.C. of DE. No.: 08-19-M

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Ronald Golden
Deputy Clerk

/rpg
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____ FEB -11 2008 _____
                                          (date)

_____
Signature

__Deputy Clerk__
Title